**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

**No. 21-7528**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

      v.

BILLY KENNEDY SNODDY,

                Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Greenville. Timothy M. Cain, District Judge. (6:18-cr-00476-TMC-1)

Submitted: March 29, 2022                Decided: April 1, 2022

Before HARRIS, QUATTLEBAUM, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Billy Kennedy Snoddy, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy Kennedy Snoddy appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i). We review the denial of a motion for compassionate release for abuse of discretion. *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.), *cert. denied*, 142 S. Ct. 383 (2021). Here, the district court found that Snoddy exhausted his administrative remedies and recounted the extraordinary and compelling circumstances warranting release. *See* 18 U.S.C. § 3582(c)(1)(A)(i). The court denied the motion, however, after analyzing the 18 U.S.C. § 3553(a) factors and determining that relief was not warranted under the circumstances in Snoddy's case.

Upon review, we conclude the district court did not abuse its discretion in denying Snoddy's motion for compassionate release based on its thorough consideration of the § 3553(a) factors. *See United States v. High*, 997 F.3d 181, 186-91 (4th Cir. 2021). Accordingly, we affirm the district court's order. *United States v. Snoddy*, 6:18-cr-00476-TMC-1 (D.S.C. Oct. 18, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*